**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000432
15-JAN-2025
08:12 AM
Dkt. 81 SO**

NO. CAAP-22-0000432

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


PRINCE NI‘I LOA MOE-KAPU KAMEHAMEHA, Petitioner-Appellant, v.
LEONA ROCHA WILSON, Respondent-Appellee.


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-22-0000159)


SUMMARY DISPOSITION ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Self-represented Petitioner-Appellant Prince Ni‘i Loa Moe-Kapu Kamehameha (**Kamehameha**) appeals from the Denied Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment [(**Petition for TRO**)] entered on June 9, 2022 (**Order Denying Petition**), by the Wailuki Division of the District Court of the Second Circuit (**District Court**).[1]

Kamehameha raises a single point of error on appeal, contending that the District Court lacked jurisdiction.

Upon careful review of the record and the briefs submitted by the parties, and having given due consideration to

---

[1] The Honorable Christopher M. Dunn presided.

the arguments advanced and the issues raised, we resolve Kamehameha's point of error as follows:

Kamehameha appears to argue that the State of Hawaiʻi does not have jurisdiction over him or over land in Hawaiʻi because the Kingdom of Hawaiʻi is a sovereign state.

We conclude that the District Court had jurisdiction over Kamehameha and the Petition for TRO, which he filed. See State v. Kaulia, 128 Hawaiʻi 479, 487, 291 P.3d 377, 385 (2013).

Kamehameha makes no cogent argument that the District Court erred in entering the Order Denying Petition.

Accordingly, the District Court's June 9, 2022 Order Denying Petition is affirmed.

DATED: Honolulu, Hawaiʻi, January 15, 2025.

On the briefs:

Prince Niʻi Loa Moe-Kapu
Kamehameha,
Plaintiff-Appellant *Pro se*.

Deborah K. Wright,
Douglas R. Wright,
(Wright & Kirschbraun),
for Respondent-Appellee.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hirakoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge